IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| VICTOR SANCHEZ | ) | 1:07cv001580 LJO GSA |
| Plaintiff, | ) | |
| vs. | ) | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| COUNTY OF TULARE, | ) | |
| Defendants. | ) | |

      Plaintiff, Victor Sanchez, a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

      On January 9, 2008, the Magistrate Judge filed Findings and Recommendations herein which was served on the plaintiff and which contained notice to the plaintiff that any objections to the Findings and Recommendations were to be filed within thirty days. The plaintiff has not filed timely objections to the Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed January 9, 2007, are adopted in full.
2. This action is dismissed based on plaintiff's failure to obey the court's order of November 19, 2007.
3. The clerk is to close this action.

IT IS SO ORDERED.

Dated:   February 12, 2008                    /s/ Lawrence J. O'Neill
                                              UNITED STATES DISTRICT JUDGE